# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### CRIMINAL NO. 3:04CR139-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BARBARA LYNN KHAN ) | |

**THIS MATTER** is before the Court on the Defendant's motion to amend sentence.

The Court has been advised by the United States Attorney that the Defendant has now been deported and the relief sought in the instant motion is now moot.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to amend sentence is **DENIED** as moot.

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge